# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 380 MAL 2014
:
           Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
ROBERT JOSEPH MORRISON JR., :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.